UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JOSHUA TYLER** | **DOCKET NO. 6:22-cv-1154** |
| | **SECTION P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **UNKNOWN DEFENDANTS, ET AL** | **MAGISTRATE CAROL WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 23] previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the civil rights complaint filed on behalf of Joshua Tyler is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim on which relief can be granted, under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all pending motions in this mater are **DISMISSED** as **MOOT**.

THUS, DONE in Chambers on this the 3rd day of November 2022.

Terry A. Doughty
United States District Judge